IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EDDIE BAKER, JR.,

    Plaintiff,                          JUDGMENT IN A CIVIL CASE

v.                                               Case No. 14-cv-725-wmc

COLGATE-PALMOLIVE CO.,

    Defendant.

---

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

| /s/ | 6/25/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |